NOT FOR PUBLICATION                                                                                         (Doc. No. 2)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| EDWARD TINSMAN, et al., | : |
| Plaintiffs, | : Civil No. 13-2684 (RBK/JS) |
| v. | : **ORDER** |
| QUARRY MARINE TRUST I, et al., | : |
| Defendants. | : |

**THIS MATTER** having come before the Court on the motion to remand and for costs filed by Edward and Deborah Tinsman ("Plaintiffs"), and the Court having considered the moving papers and the responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiffs' motion to remand and for costs is **GRANTED IN PART** and **DENIED IN PART**.  The Court declines to award costs, but will remand this matter to the state court from which it was removed.  Pursuant to 28 U.S.C. §1447(c), this matter is **REMANDED** to the Superior Court of New Jersey, Law Division, Burlington County.


Dated: 5/13/2013                                                                    /s/ Robert B. Kugler
                                                                                             ROBERT B. KUGLER
                                                                                             United States District Judge